1  Larry P. Smith (Atty. No.: IL - 6217162) (admitted *Pro Hac Vice*)
2  Counself for Plaintiffs
3  LARRY P. SMITH & ASSOCIATES, LTD.
4  205 North Michigan Avenue, 40th Floor
5  Chicago, IL 60601
6  Telephone:  (312) 222-9028 (x811)
7  Facsimile:   (888) 418-1277
8  E-Mail:        lsmith@smithlaw.us
9
10  John W. Amberg (CBN 108166)
11  Counsel for Defendant
12  BRYAN CAVE LLP
13  120 Broadway St., Suite 300
14  Santa Monica CA 90401
15  Telephone:    (310) 576-2100
16  E-Mail:         jwamberg@bryancave.com

E-FILED 09-18-09

JS-6

17
18            IN THE UNITED STATES DISTRICT COURT
19           FOR THE CENTRAL DISTRICT OF CALIFORNIA
20
21  WENDY and JOHN KOPERA,
22                    Plaintiff,
23     v.                                    No.  CV 08-6025-PSG (PLA-x)
24                                           AGREED ORDER OF DISMISSAL
25                                           PURSUANT TO SETTLEMENT
26  COUNTRYWIDE HOME LOANS, INC.,
27                    Defendants.
28

**Agreed Order Pursuant To Settlement**

1  Pursuant to settlement, and by agreement of the parties, this case is dismissed with
2  prejudice and without costs to any party, all costs having been paid and all matters in controversy
3  for which this action was brought having been fully settled, compromised and adjourned.

                                           **PHILIP S. GUTIERREZ**
                                           United States District Judge

                                    Dated:    9/18/09

**Agreed Order Pursuant To Settlement**